CURRO, Respondent, v. NEW YORK, O. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 11, 1914.) Action by Onofrio Curro against the New York, Ontario & Western Railroad Company. No opinion. Judgment and order reversed, and complaint dismissed, with costs, including the costs of this appeal. Held, that

plaintiff failed to show that he was free from contributory negligence, and the motion for the direction of a verdict for the defendant should have been granted. Order modified in 147 N. Y. Supp. 1106.